UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | No. B-00-043 |
| ) | |
| FELICIANO MARTINEZ ) | |

ORDER VACATING JUDGMENT AND CONVICTION

Upon consideration of the Motion to Vacate Judgment and Conviction in Cr. B-00-1403-M, for attempting to enter the United States by falsely claiming to be a United States citizen, in violation of 8 U.S.C. §1325(a)(3), the pleadings and Exhibits on file, the concurrence of the Office of the United States Attorney, and good cause appearing therefore, to wit, the fact that Mr. Martinez is, in fact, a native-born United States Citizen:

IT IS HEREBY ORDERED that said motion be, and the same hereby is, GRANTED;

IT IS FURTHER ORDERED that the Judgment and Sentence in Cr. B-00-1403-M be vacated, any plea entered by the Defendant be withdrawn, and the Criminal Complaint dismissed, with prejudice.

DONE at Brownsville, Texas

this 22nd day of August, 2000